# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DANIELLE SMEAL, | ) | Case No. 5:06 CV 2109 |
| by Sally Smeal, her mother and next friend, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| SHERIFF DREW ALEXANDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

*/s/Dan Aaron Polster     November 30, 2006*
**Dan Aaron Polster**
**United States District Judge**